| | |
|---|---|
| Jodi K. Swick, Bar No. 47626<br>Email: jodi.swick@mhllp.com<br>McDOWELL HETHERINGTON LLP<br>14205 SE 36th Street, Suite 100<br>Bellevue, WA 98006<br><br>Mailing Address:<br>1 Kaiser Plaza, Suite 340<br>Oakland, CA 94612<br>Telephone: 510.628.2145<br>Facsimile: 510.628.2146<br><br>Attorney for Defendant<br>LINCOLN LIFE ASSURANCE COMPANY<br>OF BOSTON | Hon. Ricardo S. Martinez |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

| | |
|---|---|
| SAMANTHA BLAKE<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ROCHE HEALTH AND WELFARE VEBA PLAN; U.S. ROCHE LONG-TERM DISABILITY PLAN; and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON f/k/a/ LIBERTY LIFE INSURANCE<br><br>    Defendants. | Case No. 2:22-cv-00021-RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER** |

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Samantha Blake ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln"), by and through their respective counsel, hereby stipulate and request that this Court enter an Order extending the time for Lincoln to respond to Plaintiff's Complaint and modifying the dates set by this Court's January 24, 2022 Scheduling Order. The Parties state as follows:

    1.    On January 7, 2022, Plaintiff filed the instant lawsuit for disability benefits

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

Page **1** of **6**

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

1 and attorneys' fees under the Employee Retirement Income Security Act of 1974 against Defendants U.S. Roche Health and Welfare VEBA Plan, U.S. Roche Long-Term Disability Plan, and Lincoln.

2. The Parties have conferred and agree to extend the time for Lincoln to respond to Plaintiff's Complaint by thirty (30) days, from the current date of February 8, 2022, to March 10, 2022.

3. The Parties have further conferred and agree to extend the deadlines set by the Court's January 24, 2022 Scheduling Order as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Rule 26(f) Conference | 2/22/2022 | 3/24/2022 |
| Initial Disclosures | 2/28/2022 | 3/30/2022 |
| Joint Status Report and Discovery Plan | 3/07/2022 | 4/06/2022 |

4. A brief extension would allow Lincoln to more adequately investigate the allegations of the Complaint and enable the parties to engage in early resolution discussions and avoid the expenditure of unnecessary legal costs and judicial resources.

5. No prior extensions of time have been requested or granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

Page **2** of **6**

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

The deadline for Defendant Lincoln Life Assurance Company of Boston to respond to Plaintiff's Complaint shall be extended from February 8, 2022 to March 10, 2022. Further, the deadlines set by the Court's January 24, 2022 Scheduling Order are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rule 26(f) Conference | 2/22/2022 | 3/24/2022 |
| Initial Disclosures | 2/28/2022 | 3/30/2022 |
| Joint Status Report and Discovery Plan | 3/07/2022 | 4/06/2022 |

IT IS SO STIPULATED.

Dated: February 8, 2022          McDOWELL HETHERINGTON LLP

By: */s/ Jodi K. Swick*
     Jodi K. Swick, WSBA No. 47626

McDOWELL HETHERINGTON LLP
14205 SE 36th Street., Suite 100
Bellevue, WA 98006

Attorney for Defendant
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

Page **3** of **6**

1  Dated: February 8, 2022

NELSON LANGER ENGLE, PLLC

By: /s/ Aaron I. Engle
    Aaron I. Engle, WSBA No. 37955

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, WA 98125

Attorney for Plaintiff
SAMANTHA BLAKE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145   Fax: 510.628.2146

Page **4** of **6**

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation is GRANTED, and the Court orders as follows:

1. Defendant Lincoln Life Assurance Company of Boston shall have until March 10, 2022 to Respond to Plaintiff's Complaint.

2. The deadlines set by the Court's January 24, 2022 Scheduling Order are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rule 26(f) Conference | 2/22/2022 | 3/24/2022 |
| Initial Disclosures | 2/28/2022 | 3/30/2022 |
| Joint Status Report and Discovery Plan | 3/07/2022 | 4/06/2022 |

**IT IS SO ORDERED.**

DATED this 10th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

Page **5** of **6**

Presented by:

McDOWELL HETHERINGTON LLP

By: _____
      Jodi K. Swick, WSBA No. 47626

McDOWELL HETHERINGTON LLP
14205 SE 36th Street., Suite 100
Bellevue, WA 98006

Attorneys for Defendant
LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

Page **6** of **6**