UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

| | |
|---|---|
| SAMANTHA BLAKE<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ROCHE HEALTH AND WELFARE VEBA PLAN; U.S. ROCHE LONG-TERM DISABILITY PLAN; and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON f/k/a/ LIBERTY LIFE INSURANCE<br><br>    Defendants. | Case No. 2:22-cv-00021-RSM<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Page **1** of **2**

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

## ORDER

IT IS HEREBY ORDERED that, after consideration of the matter and good cause appearing therefor, the Parties' Stipulation is GRANTED, and the Court orders as follows:

1. Defendant Lincoln Life Assurance Company of Boston shall have until May 9, 2022 to Respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 13th day of April, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

McDOWELL HETHERINGTON LLP

By: */s/ Jodi K. Swick*
　　Jodi K. Swick, WSBA No. 47626

McDOWELL HETHERINGTON LLP
14205 SE 36th Street., Suite 100
Bellevue, WA  98006

Attorney for Defendant
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Page **2** of **2**

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146