Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMANTHA BLAKE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. ROCHE HEALTH AND WELFARE BENEFITS VEBA PLAN; U.S. ROCHE LONG-TERM DISABILITY PLAN; and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation;<br><br>　　　　Defendants. | Case No.: 2:22-CV-00021 RSM<br><br>**ORDER OF DISMISSAL OF DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation, and U.S. ROCHE LONG-TERM DISABILITY PLAN** |

BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY

ORDERED that Defendants Lincoln Life Assurance Company of Boston, fka Liberty Life Assurance Company of Boston, a foreign corporation, and U.S. Roche Long-Term Disability Plan are hereby dismissed, without prejudice.

DATED this 10th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL OF DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation, and U.S. ROCHE LONG-TERM DISABILITY PLAN – 1
File Number 205067

NELSON LANGER ENGLE PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
T: 206.623.7520  F: 206.622.7068